# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2957
LT Case No. 2019-CA-3310

_____

PETER ALLEN ANDERSON,

    Appellant,

    v.

SEMINOLE COUNTY, FLORIDA, et
al.,

    Appellees.

_____


On appeal from the Circuit Court for Seminole County.
Gary L. Sweet, Judge.

Peter Allen Anderson, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessica
Schwieterman and Samantha-Josephine Baker, Assistant
Attorneys General, Tampa, for Appellees.

May 31, 2024


PER CURIAM.

    Due to Appellant's apparent abuse of the legal process by his
abusive, repetitive, malicious, or frivolous pro se filings attacking
his judgment and sentence in Seminole County Circuit Court Case
No. 2019-CA-3310, this Court issued an order directing Appellant
to show cause why he should not be prohibited from future pro se

filings.  *See State v. Spencer*, 751 So. 2d 47, 48 (Fla. 1999).  Having carefully considered the response and finding it fails to show cause why sanctions should not be imposed, we conclude that Appellant is abusing the judicial process and should be barred from further pro se filings.

In order to conserve judicial resources, Appellant is prohibited from filing with this Court any further pro se filings concerning Seminole County Circuit Court Case No. 201-CA-3310. The Clerk of this Court is directed not to accept any further pro se filings concerning the referenced case.  The Clerk will summarily reject any future filings regarding the referenced case unless filed by a member in good standing of The Florida Bar.  *See Isley v. State*, 652 So. 2d 409, 411 (Fla. 5th DCA 1995) ("Enough is enough.").

SANCTIONS IMPOSED.

EDWARDS, C.J., and LAMBERT and SOUD, JJ., concur.